IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

THE BRYCE COMPANY, LLC,                    )
BPX FILMS, LP, THOMAS J. BRYCE,            )
AND PAULO L. TEIXEIRA,                     )
                                           )
       Plaintiffs,                         )
                                           )
v.                                         )        Civil Action No. 2:09-cv-02664-SHM-tmp
                                           )
FEDERAL INSURANCE COMPANY,                 )
                                           )
       Defendant.                          )
_____


CONSENT ORDER OF DISMISSAL WITH PREJUDICE
_____

      Came on this day for consideration the Joint Motion for Dismissal with Prejudice filed by

Plaintiffs The Bryce Company, LLC, BPX Films, LP, Thomas J. Bryce, and Paulo L. Teixeira and

Defendant Federal Insurance Company (collectively, the "Parties").  Having been apprised of the

grounds for the Motion, the Court is of the opinion that said Motion should be GRANTED.

      It is therefore ORDERED, ADJUDGED, and DECREED that all claims between the Parties

which were asserted, or which could have been asserted, in this action are hereby dismissed with

prejudice to the right to pursue any such claims in the future.

      So ORDERED this 12th day of November, 2010.


                                        *s/Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE