UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


THE BRYCE COMPANY, LLC,
BPX FILMS, LP, THOMAS J. BRYCE,
and PAULO L. TEIXEIRA,

    Plaintiffs,

V.                                                          NO. 09-2664-Ma

FEDERAL INSURANCE COMPANY,

    Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal With Prejudice, docketed November 12, 2010.


**APPROVED:**


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


November 12, 2010                              THOMAS M. GOULD
DATE                                           CLERK

                                                             S/ *Jean Lee*
                                                             (By) DEPUTY CLERK